UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEONARD SEELEN,

    Plaintiff,

v.                                          Case No. 8:19-cv-936-TPB-SPF

MED COACH, LLC, a
Florida limited liability
company,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on January 19, 2021. (Doc. 49). Judge Flynn recommends that the "Joint Motion to Approve the Parties' Settlement" (Doc. 47) be granted and that the settlement be approved.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an

objection.  *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Flynn's detailed and well-reasoned findings and conclusions, including that the settlement agreement constitutes a fair and reasonable compromise of the dispute.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  Consequently, the joint motion to approve the settlement is granted, and the settlement agreement is approved.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Flynn's report and recommendation (Doc. 49) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. The "Joint Motion to Approve the Parties' Settlement" (Doc. 47) is **GRANTED**.  The settlement agreement (Doc. 47-1) is **APPROVED**.
3. This action is **DISMISSED WITH PREJUDICE**.
4. The Clerk is directed to terminate any pending motions or deadlines and

thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of January, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**